UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


HAROLD N. FAUST,

      Petitioner,

v.                                   4:17cv1-WS/CAS

JULIE L. JONES,

      Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 11) docketed July 6, 2017. The magistrate judge recommends that this action be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). No objections to the report and recommendation have been filed.

The court having reviewed the record, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 11) is ADOPTED and incorporated into this order by reference.

2. Petitioner's motion (doc. 10) for entry of an order of dismissal without prejudice, construed as a motion for voluntary dismissal pursuant to Fed. R. Civ. P.

41(a)(1)(A)(i), is GRANTED.

3. Petitioner's petition for writ of habeas corpus (doc. 1) is DISMISSED

WITHOUT PREJUDICE.

4. The clerk shall enter judgment stating: "All claims are DISMISSED

WITHOUT PREJUDICE."

DONE AND ORDERED this __3rd__ day of ___August___, 2017.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE